Kenneth J. Nolan, Esq., (FL SBN 603406)
ken@whistleblowerfirm.com
Marcella Auerbach, Esq., (FL SBN 249335)
Marcella@whistleblowerfirm.com
Joseph E.B. White, Esq. (PA SBN 203475)
jeb@whistleblowerfirm.com
NOLAN AUERBACH & WHITE, P.L.
435 North Andrews Avenue, Suite 401
Fort Lauderdale, Florida 33301
Telephone: (954) 779-3943
Facsimile: (954) 779-3937

Kathryn Honecker, Esq. (SBN 020849)
KHonecker@roselawgroup.com
Court Rich, Esq. (SBN 021290)
CRich@roselawgroup.com
Docket@roselawgroup.com
**ROSE LAW GROUP pc**
7144 E. Stetson Dr., Suite 300
Scottsdale, Arizona 85251
Telephone: (480) 505-3936
Facsimile: (480) 505-3925

*Attorneys for Plaintiff and Relator*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*<br><br>Plaintiff and Relator,<br>v.<br><br>TENET HEALTHCARE CORPORATION, *et al.*<br><br>Defendants. | No. 2:14-CV-02674-PHX-SRB<br><br>**NOTICE OF VOLUNATRY DISMISSAL OF THE COMPLAINT WITHOUT PREJUDICE**<br><br>*(Assigned to the Honorable Susan R. Bolton)* |

(Page 1, 2:14-CV-02674-PHX-SRB)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 31 U.S.C. § 3730(b)(1), the *qui tam* relator ("Relator"), with the consent of the United States given to undersigned counsel via email on March 1, 2018, and before service of the Complaint on the Defendants, hereby voluntarily dismisses her Complaint without prejudice.

RESPECTFULLY SUBMITTED this 1st day of March, 2018.

**ROSE LAW GROUP pc**

Kathryn Honecker
Court Rich
7144 E. Stetson Dr., Suite 300
Scottsdale, Arizona 85251
*Attorneys for Plaintiff and Relator*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice of Voluntary Dismissal of the Complaint without Prejudice was served by ECF on all parties of record in this case, this 1st day of March, 2018.

Kathryn Honecker, Esq.

(Page 2, 2:14-CV-02674-PHX-SRB)